## (June 8, 1960)

■ WINIFRED CONMY, Respondent, v. ST. VINCENT'S RETREAT FOR NERVOUS & MENTAL DISEASES, Appellant.— In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Westchester County, dated March 28, 1960, granting plaintiff a preference in the trial of the action (Rules Civ. Prac., rule 151, subd. 3). Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ NORTHVILLE DOCK CORPORATION, Respondent, v. CARL L. ALLER et al., Appellants.— In an action to foreclose a mortgage on real property, the defendants appeal from an order of the Supreme Court, Nassau County, entered September 23, 1959, which: (1) grants plaintiff's motion for summary judgment, under rule 113 of the Rules of Civil Practice; (2) appoints a Referee to compute the amount due and to become due upon the mortgage and the underlying bond; and (3) directs that judgment of foreclosure and sale be granted upon the coming in of the Referee's report. Order affirmed, with $10 costs and disbursements. No opinion. Pursuant to section 562-a of the Civil Practice Act, the order granting reargument of said motion and adhering to the original determination, has been reviewed. Said order is undated, but it indicates that the motion for reargument was heard on September 14, 1959. The order is affirmed, without costs. Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur.

## (June 9, 1960)

■ SIDNEY HILTON, Respondent, v. ADELE FEINERMAN et al., Appellants. — Motion to stay assessment of damages granted on condition that appellants be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 1, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ KREGER TRUCK RENTING CO., INC., Respondent, v. FIVE STAR TERMINALS, INC., Defendant, and DAVID MECHANIC, Appellant.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ RUTH MANDELL et al., Respondents, v. HARRIET W. FIELD et al., Appellants.— Motion to stay all proceedings granted on condition that appellants be ready to argue or submit the appeal at the October 1960 Term beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 1, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.